# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| TELICIA MCCANTS, | : | Case No. 1:18-cv-000286-SJD-KLL |
| Plaintiff, | : | Judge Dlott |
| | : | Magistrate Judge Litkovitz |
| v. | : | |
| | : | **AGREED ORDER OF** |
| COOPER-ATKINS CORPORATION, | : | **DISMISSAL** |
| Defendant. | : | |

The Court having been advised that the above action has been settled:

It is ORDERED that this action is hereby DISMISSED WITH PREJUDICE. The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

SO ORDERED.

_7/25/19_
Date

_/s/ Susan J. Dlott_
Judge

0122947.0663084   4827-7484-6365v1